FILED
April 10, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )     Case No. MAG. 08-0115 EFB
        Plaintiff,              )
v.                              )     ORDER FOR RELEASE OF
                                )     PERSON IN CUSTODY
NICHOLAS FLORES,                )
                                )
        Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS FLORES , Case No. MAG. 08-0115 EFB , Charge  Title 18 USC § 3144 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __   Unsecured Appearance Bond

            __   Appearance Bond with 10% Deposit

            __   Appearance Bond with Surety

            __   Corporate Surety Bail Bond

            X    (Other)   Material Witness Warrant withdrawn.

Issued at  Sacramento, CA  on  April 10, 2008  at  2:23  pm .

                            By  _Dale A. Drozd_
                                Dale A. Drozd
                                United States Magistrate Judge