```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAR OROZCO, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 08-mj-0115 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar OROZCO, by and through his counsel Caro Marks, Esq., that good cause exists to extend the preliminary hearing currently set for April 15, 2008, at 2:00 p.m. to June 17, 2008, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery is being prepared and will be provided and the parties are close to a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could

result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from April 15, 2008, to June 17, 2008, is appropriate under the Speedy Trial Act because the government is preparing discovery, Ms. Marks will begin a jury trial before Judge England shortly, and the government will need time to prepare and finalize a plea agreement for defense counsel to review the draft agreement and discuss its implications with the defendant. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Dated: April 15, 2008      /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney

Dated: April 15, 2008      /s/Caro Marks
                           CARO MARKS, ESQ.
                           Counsel for Omar OROZCO
                           Authorized to sign for Ms. Marks
                           on 04-15-08

/////
/////
/////
/////
/////
/////
/////
/////

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for April 15, 2008, to June 17, 2008, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 17, 2008.

IT IS SO ORDERED.

DATED: April 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/orozco0115.stipord