```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    OMAR OROZCO
 7
```

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. Mag. No. 08-115 EFB |
| 12 | Plaintiff, ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| 13 | v. ) | PRELIMINARY HEARING AND EXCLUDING |
| | ) | TIME |
| 14 | OMAR OROZCO, ) | |
| 15 | Defendant. ) | Date:  August 18, 2008 |
| | ) | Time:  2:00 P.M. |
| 16 | _____ ) | Judge: Hon. Dale A. Drozd |

17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19  Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20  OROZCO, by and through his counsel, Caro Marks, Assistant Federal

21  Defender, that good cause exists to extend the preliminary hearing

22  currently set for July 17, 2008, to August 18, 2008, pursuant to

23  Federal Rule of Criminal Procedure 5.1(d).

24       The parties agree to extend the time for the preliminary hearing

25  to facilitate a pre-indictment resolution of the case against the

26  defendant.  The defendant agrees that a continuance of the preliminary

27  hearing date will not prejudice him because a pre-indictment resolution

28  could result in an overall sentencing exposure that is significantly

1  reduced.

2      Counsel further stipulates that an exclusion of time from July 17,
3  2008 to August 18, 2008 is appropriate under the Speedy Trial Act
4  because the government has already provided discovery and is currently
5  drafting a plea agreement.  Once the plea agreement is provided, Ms.
6  Marks will need time to review the plea agreement with her client and
7  discuss its implications with the defendant.

8      As a result, counsel for both parties believe time should be
9  excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

11

12 Dated:  July 17, 2008
                                                 Respectfully submitted,
13
                                                 DANIEL J. BRODERICK
14                                                  Federal Defender

15
                                                 /s/ Caro Marks
16                                                 _____
                                                 CARO MARKS
17                                                  Senior Litigator
                                                 Attorney for Defendant
18                                                  OMAR OROZCO

19

20 Dated: July 17, 2008                    MCGREGOR SCOTT
                                                 United States Attorney
21

22                                                /s/ Jason Hitt
                                               _____
23                                                JASON HITT
                                               Assistant U.S. Attorney
24

25     **IT IS SO ORDERED**

26 DATED:  July 17, 2008.

27                                              EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
28

Stip and order for Oroczco (08-115)  -2-