McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAR OROZCO, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 08-mj-0115 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar OROZCO, by and through his counsel Caro Marks, Esq., that good cause exists to extend the preliminary hearing currently set for August 18, 2008, at 2:00 p.m. to September 17, 2008, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are close to a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could

1

result in an overall sentencing exposure that is significantly reduced.  Both counsel believe a resolution on this case may occur within the next month.

    Counsel further stipulate that an exclusion of time from August 18, 2008, to September 17, 2008, is appropriate under the Speedy Trial Act because the government has already provided discovery and is currently drafting a plea agreement.  Once the plea agreement is provided, Ms. Marks will need time to review the plea agreement with her client and discuss its implications with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Dated: August 18, 2008                    /s/Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

Dated: August 18, 2008                    /s/Caro Marks
                                            CARO MARKS, ESQ.
                                            Counsel for Omar OROZCO
                                            Authorized to sign for Ms. Marks
                                            on 08-18-08

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for August 18, 2008, to September 17, 2008, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through September 17, 2008.

IT IS SO ORDERED.

DATED: August 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/orozco0115.stipord(2)