1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )
                                )  Mag. No. 08-mj-0115 EFB
12             Plaintiff,       )
                                )  STIPULATION AND ORDER
13        v.                    )  CONTINUING PRELIMINARY HEARING
                                )  AND EXCLUDING TIME
14 OMAR OROZCO,                 )
                                )
15             Defendant.       )
   _____)

18      IT IS HEREBY STIPULATED by and between Assistant United States
19 Attorney Jason Hitt, counsel for the plaintiff United States of
20 America, and defendant Omar OROZCO, by and through his counsel Caro
21 Marks, Esq., that good cause exists to extend the preliminary
22 hearing currently set for September 17, 2008, at 2:00 p.m. to
23 October 17, 2008, pursuant to Federal Rule of Criminal Procedure
24 5.1(d).
25      Good cause exists to extend the time for the preliminary
26 hearing within meaning of Rule 5.1(d) because discovery has been
27 provided to the defense and the parties are engaged in talks
28 regarding a pre-indictment resolution of the case against the

defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution on this case may occur within the one month.

Counsel further stipulate that an exclusion of time from September 17, 2008, to October 17, 2008, is appropriate under the Speedy Trial Act because the government has provided discovery and a draft plea agreement for the defendant. Counsel for the defendant needs additional time to review the terms of the plea agreement with her client and discuss its implication with him. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Dated: September 17, 2008            /s/Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

Dated: September 17, 2008            /s/Jason Hitt
                                     CARO MARKS, ESQ.
                                     Counsel for defendant Omar OROZCO
                                     Authorized to sign for Ms. Marks
                                     on 09-16-08

1 | Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for September 17, 2008, to October 17, 2008, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 17, 2008.

IT IS SO ORDERED.

Date: 09/19/08                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

orozco.ord2