```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OMAR OROZCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>        Plaintiff,  <br>   v.  <br>OMAR OROZCO,  <br>        Defendant. | No. Mag. No. 08-115 EFB  <br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME  <br>Date: November 25, 2008  <br>Time: 2:00 P.M.  <br>Judge: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR OROZCO, by and through his counsel, Caro Marks, Assistant Federal Defender, that good cause exists to extend the preliminary hearing currently set for October 17, 2008, to November 25, 2008, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   The parties agree to extend the time for the preliminary hearing due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks recovery from these injuries is anticipated to take at least another month or more.  Additional time is also necessary so that upon Ms. Marks' return the parties can facilitate a pre-indictment resolution of

1  the case against the defendant.  The defendant agrees that a
2  continuance of the preliminary hearing date will not prejudice him
3  because a pre-indictment resolution could result in an overall
4  sentencing exposure that is significantly reduced.
5       Counsel further stipulates that an exclusion of time from October
6  17, 2008 to November 25, 2008 is appropriate under the Speedy Trial Act
7  because the government has already provided discovery.
8       As a result, counsel for both parties believe time should be
9  excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:  October 16, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Senior Litigator
                                    Attorney for Defendant
                                    OMAR OROZCO


Dated: October 16, 2008             MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Jason Hitt
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney


    **IT IS SO ORDERED**

DATED:  October 17, 2008.
                                    _____
                                    U.S. MAGISTRATE JUDGE


Stip and order for Oroczco (08-115) -2-