1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   OMAR OROZCO
7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. Mag. No. 08-0115 EFB
                                    )
12                 Plaintiff,       )
                                    )  STIPULATION AND ORDER CONTINUING
13       v.                         )  PRELIMINARY HEARING AND EXCLUDING
                                    )  TIME
14 OMAR OROZCO,                     )
                                    )
15                 Defendant.       )  Date:   December 23, 2008
                                    )  Time:   2:00 P.M.
16 _____ )  Judge:  Hon. Edmund F. Brennan

17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19 Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20 OROZCO, by and through his counsel, Caro Marks, Assistant Federal

21 Defender, that good cause exists to extend the preliminary hearing

22 currently set for November 25, 2008, to December 23, 2008, pursuant to

23 Federal Rule of Criminal Procedure 5.1(d).

24       The parties agree to extend the time for the preliminary hearing

25 due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks

26 recovery from these injuries is anticipated to take at least another

27 month or more.  Additional time is also necessary so that upon Ms.

28 Marks' return the parties can facilitate a pre-indictment resolution of

1   the case against the defendant.  The defendant agrees that a

2   continuance of the preliminary hearing date will not prejudice him

3   because a pre-indictment resolution could result in an overall

4   sentencing exposure that is significantly reduced.

5       Counsel further stipulates that an exclusion of time from November

6   25, 2008 to December 23, 2008 is appropriate under the Speedy Trial Act

7   because the government has already provided discovery.

8       As a result, counsel for both parties believe time should be

9   excluded under Local Code T4 to allow reasonable time to prepare

10  defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

11

12  Dated:  November 17, 2008

                                 Respectfully submitted,

13

                                 DANIEL J. BRODERICK
14                               Federal Defender

15                               /s/ Caro Marks

16                               _____
                                 CARO MARKS
17                               Senior Litigator
                                 Attorney for Defendant
                                 OMAR OROZCO
18

19  Dated: November 17, 2008     MCGREGOR SCOTT
                                 United States Attorney
20

                                 /s/ Jason Hitt
21

                                 _____
22                               JASON HITT
                                 Assistant U.S. Attorney

23      **IT IS SO ORDERED**

24  DATED: November 17, 2008.

25

26  _____
    DALE A. DROZD
27  UNITED STATES MAGISTRATE JUDGE

28  Ddad1/orders.criminal/orozco0115.stipord(2)