1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   OMAR OROZCO
7
8                  IN THE UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   ) No. Mag. No. 08-115 EFB
                               )
12             Plaintiff,      )
                               ) STIPULATION AND ORDER CONTINUING
13      v.                     ) PRELIMINARY HEARING AND EXCLUDING
                               ) TIME
14 OMAR OROZCO,                )
                               )
15             Defendant.      ) Date:  January 22, 2009
                               ) Time:  2:00 P.M.
16 _____) Judge: Hon. Edmund F. Brennan
17
18      IT IS HEREBY STIPULATED by and between Assistant United States
19 Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR
20 OROZCO, by and through his counsel, Caro Marks, Assistant Federal
21 Defender, that good cause exists to extend the preliminary hearing
22 currently set for December 23, 2008, to January 22, 2009, pursuant to
23 Federal Rule of Criminal Procedure 5.1(d).
24      The parties agree to extend the time for the preliminary hearing
25 due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks
26 recovery from these injuries is anticipated to return to the office the
27 first part of January.  Additional time is also necessary so that upon
28 Ms. Marks' return the parties can facilitate a pre-indictment

1 resolution of the case against the defendant.  The defendant agrees
2 that a continuance of the preliminary hearing date will not prejudice
3 him because a pre-indictment resolution could result in an overall
4 sentencing exposure that is significantly reduced.

5     Counsel further stipulates that an exclusion of time from December
6 23, 2008 to January 22, 2009 is appropriate under the Speedy Trial Act
7 because the government has already provided discovery.

8     As a result, counsel for both parties believe time should be
9 excluded under Local Code T4 to allow reasonable time to prepare
10 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

12 Dated:   November 25, 2008
                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Caro Marks
                                                _____
                                                CARO MARKS
                                                Senior Litigator
                                                Attorney for Defendant
                                                OMAR OROZCO

20 Dated: November 25, 2008           MCGREGOR SCOTT
                                                United States Attorney

                                                /s/ Jason Hitt
                                                _____
                                                JASON HITT
                                                Assistant U.S. Attorney

24     **SO ORDERED**

25 DATED:  December 3, 2008.

*[Signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip and order for Oroczco (08-115) -2-