1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  CARO MARKS, Bar #159267
   Senior Litigator
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  OMAR OROZCO

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. Mag. No. 08-115 EFB
                                    )
12              Plaintiff,          )
                                    )  STIPULATION AND ORDER CONTINUING
13    v.                            )  PRELIMINARY HEARING AND EXCLUDING
                                    )  TIME
14 OMAR OROZCO,                     )
                                    )
15              Defendant.          )  Date:  March 18, 2009
                                    )  Time:  2:00 p.m.
16 _____  )  Judge: Hon. Edmund F. Brennan

17

18      IT IS HEREBY STIPULATED by and between Assistant United States

19 Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20 OROZCO, by and through Linda C. Harter, Chief Assistant Federal

21 Defender on behalf of Caro Marks, Assistant Federal Defender, that good

22 cause exists to extend the preliminary hearing currently set for

23 February 25, 2009 to March 18, 2009 at 2:00 p.m., pursuant to Federal

24 Rule of Criminal Procedure 5.1(d).

25      The parties agree to extend the time for the preliminary hearing

26 due to the injuries Ms. Marks sustained in a car accident.  Ms. Marks

27 has suffered a recent set back and continues to recover from these

28 injuries.  It is now anticipated she will return to the office the

1 first week of March 2009.  Additional time is also necessary so that
2 upon Ms. Marks' return the parties can facilitate a pre-indictment
3 resolution of the case against the defendant.  The defendant agrees
4 that a continuance of the preliminary hearing date will not prejudice
5 him because a pre-indictment resolution could result in an overall
6 sentencing exposure that is significantly reduced.

7 　　　Counsel further stipulates that an exclusion of time from
8 February 25, 2009 to March 18, 2009 is appropriate under the Speedy
9 Trial Act because the government has already provided discovery.

10 　　　As a result, counsel for both parties believe time should be
11 excluded under Local Code T4 to allow reasonable time to prepare
12 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

13 Dated:   January 28, 2009
　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ *Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
OMAR OROZCO


20 Dated: January 28, 2009　　　　　LARRY BROWN
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**
January 29, 2009　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
28 orozco.ord4　　　　　　　　　　　United States Magistrate Judge

Stip/Order/Oroczco (08-115)         -2-