1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  CARO MARKS, Bar #159267
   Senior Litigator
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  OMAR OROZCO

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. Mag. No. 08-115 EFB
                                      )
12 |             Plaintiff,           )
                                      ) STIPULATION AND ORDER CONTINUING
13 |      v.                          ) PRELIMINARY HEARING AND EXCLUDING
                                      ) TIME
14 | OMAR OROZCO,                     )
                                      )
15 |             Defendant.           ) Date:  April 20, 2009
                                      ) Time:  2:00 p.m.
16 | _____  ) Judge: Hon. Dale A. Drozd

17

18       IT IS HEREBY STIPULATED by and between Assistant United States

19 Attorney, Jason Hitt, counsel for the plaintiff, and defendant OMAR

20 OROZCO, by and through Caro Marks, Assistant Federal Defender, that

21 good cause exists to extend the preliminary hearing currently set for

22 March 18, 2009 to April 20, 2009 at 2:00 p.m., pursuant to Federal Rule

23 of Criminal Procedure 5.1(d).

24       The parties agree to extend the time for the preliminary hearing

25 due to Mr. Hitt currently being in trial and Ms. Marks recent return to

26 the office.  Additional time is also necessary so that Ms. Marks and

27 the government can facilitate a pre-indictment resolution of the case

28 against the defendant.  The defendant agrees that a continuance of the

1 preliminary hearing date will not prejudice him because a pre-
2 indictment resolution could result in an overall sentencing exposure
3 that is significantly reduced.
4 Counsel further stipulates that an exclusion of time from
5 March 18, 2009 to April 20, 2009 is appropriate under the Speedy Trial
6 Act because the government has already provided discovery.
7 As a result, counsel for both parties believe time should be
8 excluded under Local Code T4 to allow reasonable time to prepare
9 defense of the case.  18 U.S.C. § 3161(h)(8); Local Code T4.

Dated:   March 18, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Caro Marks*
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
OMAR OROZCO

Dated: March 18, 2009

LARRY BROWN
Acting United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:  March 18, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE