```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )   Mag. No. 08-mj-0115 EFB
12             Plaintiff,       )
                                )   STIPULATION AND ORDER CONTINUING
13        v.                    )   PRELIMINARY HEARING AND EXCLUDING
                                )   TIME
14  OMAR OROZCO,                )
                                )
15             Defendant.       )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Jason Hitt, counsel for the plaintiff, and defendant Omar
19  OROZCO, by and through his counsel Caro Marks, Esq., that good cause
20  exists to extend the preliminary hearing currently set for April 20,
21  2009, at 2:00 p.m. to June 22, 2009, pursuant to Federal Rule of
22  Criminal Procedure 5.1(d).
23       Good cause exists to extend the time for the preliminary
24  hearing within meaning of Rule 5.1(d) because discovery has been
25  provided and the parties are close to a pre-indictment resolution of
26  the case against the defendant. The defendant agrees that a
27  continuance of the preliminary hearing date will not prejudice him
28  because a pre-indictment resolution could result in an overall
```

sentencing exposure that is significantly reduced.  Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from April 20, 2009, to June 22, 2009, is appropriate under the Speedy Trial Act because the government has provided discovery, and the government will need time to prepare and finalize a plea agreement for defense counsel to review the draft agreement and discuss its implications with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Dated: April 20, 2009  /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: April 20, 2009  /s/Caro Marks
CARO MARKS, ESQ.
Counsel for Omar OROZCO
Authorized to sign for Ms. Marks on 04-20-09

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for April 20, 2009, to June 22, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 22, 2009.

IT IS SO ORDERED.

DATED: April 20, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/orozco0115.stipord(3)